UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF ZHENG JIN AND SUHAO ZHANG,<br><br>　　　　　　　　　Applicants. | CASE NO. MC23-0071JLR<br><br>ORDER GRANTING EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. |

This matter comes before the court on the *ex parte* application of Zheng Jin and Suhao Zhang ("Applicants") for leave to obtain discovery for use in a foreign proceeding an order pursuant to 28 U.S.C. § 1782. (App. (Dkt. # 1).) Applicants seek an order authorizing the issuance of document subpoenas directing the Seattle Family Regional Center ("SFRC") to produce documents within 14 days of service for use in legal proceedings in the Shanghai Pudong New Area People's Court seeking damages against Shanghai Entry Exit Service Center Co., Ltd. in connection with its offering of EB-5 investments of SFRC in an office complex in Renton, Washington. (Memorandum (Dkt.

ORDER - 1

# 2); *see* Complaints (*id.*, Exs. 1 & 2); Subpoenas (*id.*, Exs. 3 & 4).) The court has considered the application, Applicants' memorandum of law in support of their application, the proposed subpoenas, and the governing law. Being fully advised, the court finds (1) that Applicants have met the statutory prerequisites set forth in 28 U.S.C. § 1782 and (2) that the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 262 (2004), weigh in favor of granting the application.[1]

Accordingly, the court GRANTS Applicants' application for discovery pursuant to 28 U.S.C. § 1782 (Dkt. # 1). Applicants may serve on SFRC subpoenas in substantially the same form as Exhibits 3 and 4 to their Memorandum for use in civil proceedings in the Shanghai Pudong New Area People's Court against Shanghai Entry Exit Service Center Co., Ltd.

Dated this 25th day of September, 2023.

JAMES L. ROBART
United States District Judge

---

[1] These findings are without prejudice to SFRC's right to object and move to quash the subpoenas once issued.